**Ruth Ann WILLIAMS, Personal Representative of the Estate of Anthony Wade, Deceased, Plaintiff–Appellee,**

v.

**T.N. MEHRA, et al., Defendants–Appellants.**

John Jabe, Warden, et al., Defendants.

No. 97–1118.

United States Court of Appeals,
Sixth Circuit

May 21, 1998.

Before: MARTIN, Chief Judge;
MERRITT, KENNEDY, NELSON, RYAN,
BOGGS, NORRIS, SUHRHEINRICH,
SILER, BATCHELDER, DAUGHTREY,
MOORE, COLE, CLAY, and GILMAN,
Circuit Judges.

## ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further ORDERED that the appellants file a supplemental brief not later than Monday, June 22, 1998, and the appellee file a supplemental brief not later than Wednesday, July 22, 1998. The Clerk will schedule this case for oral argument as directed by the court.